*James N. Vaughan* for appellant.

*William F. Cassin* and *Edward J. Barry* for respondent.

Order affirmed, with costs to the respondent payable out of the estate. Motion to dismiss appeal denied. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.

In the Matter of the Estate of MARY A. KNAPP, Deceased. DAISY K. VAN NOY, Respondent; CHARLES A. AUSTIN, II, as Executor of MARY A. KNAPP, Deceased, Appellant.

Submitted May 18, 1948; decided June 11, 1948.

*Harry Moseson* for appellant.
*Richard Marlowe* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. LOUGHRAN, Ch. J., and THACHER, J., dissent and vote to reverse the order of the Appellate Division and to reinstate the decision of the Surrogate.

HOMEFIELD ASSOCIATION OF YONKERS, N. Y., INC., et al., Appellants, *v.* CURTISS E. FRANK, as Mayor of the City of Yonkers, et al., Respondents.

Argued May 19, 1948; decided June 11, 1948.